UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-cr-00091-JPH-MJD ) |
| ALAN WANN, | ) -04 ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Mark J. Dinsmore has entered a Report and Recommendation, dkt. 271, recommending that the Court revoke Mr. Wann's supervised release and sentence him to 9 months imprisonment with no supervised release to follow. The parties have had the opportunity to object but have not done so. *See* Fed. R. Crim. P. 59(b)(2); 28 U.S.C. § 636(b)(1)(C).

The Court has considered and now **ADOPTS** the Report and Recommendation and all findings therein, dkt. [271]. The Court now **ORDERS** that Alan Wann's supervised release is therefore **REVOKED**, dkt. [261]. Mr. Wann is sentenced to the custody of the Attorney General or her designee for imprisonment of 9 months with no supervised release to follow. The Court recommends placement at FCI Terre Haute, Indiana, if such is deemed to be an appropriate facility by the Bureau of Prisons.

**SO ORDERED.**

Date: 5/8/2025

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C

Case 1:18-cr-00091-JPH-MJD   Document 272   Filed 05/08/25   Page 2 of 2 PageID #: 862